**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**DISTRICT OF BINGHAMTON**

| | |
|---|---|
| RHENATTA KOHLHAUS,<br><br>Plaintiff,<br><br>-against-<br><br>EDUCATION PLUS CORP. d/b/a THE FAMILY FOUNDATION SCHOOL, EMMANUEL ARGIROS, PAUL GEER, AUDRA RUNGE TOWSLEY, LINDA ANDERSON, DAVID GINSBERG, MICHAEL LOSICCO and ROXANNE LOSICCO,<br><br>Defendants. | CIVIL ACTION NO.: 3:23-cv-01453 (TJM/ML)<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned as representatives for the parties herein, that the above-captioned action be and same is DISCONTINUED WITH PREJUDICE, without costs to either party as against the other.

| | |
|---|---|
| **RUDDEROW LAW, PLLC**<br>*Attorneys for Plaintiff Rhenatta Kohlhaus*<br><br>By: [signature]<br>MICHELLE RUDDEROW<br>Bar Roll: 514009<br>205 South Salina St., Suite 403<br>Syracuse NY 13202<br>Tel: 315-228-0711<br>michelle@rudderow-law.com<br><br>Dated: December 8, 2025 | **MARSHALL DENNEHEY**<br>*Attorneys for Defendants Education Plus Corp. d/b/a The Family Foundation School, Emmanuel Argiros, Linda Anderson, n/k/a Linda Davis, David Ginsberg, Michael Losicco and Roxanne Losicco*<br><br>By: /s/ Howard B. Mankoff<br>HOWARD B. MANKOFF (*pro hac vice*)<br>N.J. Atty. I.D: 021971981<br>425 Eagle Rock Ave., Suite 302<br>Roseland, NJ 07068<br>Tel: 973-618-4118<br>hbmankoff@mdwcg.com<br><br>Dated: December 8, 2025 |